1  KRISTIN LINSLEY MYLES (State Bar No. 154148)
   kristin.myles@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
3  San Francisco, CA  94105
   Telephone:  (415) 512-4000
4  Facsimile:   (415) 512-4077

5
   ERIC C. TUNG (State Bar No. 275063)
6  eric.tung@mto.com
   MUNGER, TOLLES & OLSON LLP
7  355 South Grand Avenue, 35th Floor
   Los Angeles, California 90071-1560
8  Telephone:  (213) 683-9100
   Facsimile:   (213) 687-3702
9

10 Attorneys for Defendant GOOGLE INC.

11

12                    UNITED STATES DISTRICT COURT

13                   CENTRAL DISTRICT OF CALIFORNIA

14

15 HAVENSIGHT CAPITAL LLC,            Case No. 2:15-cv-05297-PGS-AS

16           Plaintiff,               **DECLARATION OF ERIC C. TUNG
                                       IN SUPPORT OF GOOGLE'S
17        vs.                          REQUEST FOR JUDICIAL
                                       NOTICE AND GOOGLE'S
18 GOOGLE INC., DOES 1 to 10,          MOTION TO DISMISS PURSUANT
                                       TO RULE 12(B)(1) OR 12(B)(6)**
19           Defendants.
                                       Judge:  Hon. Philip S. Gutierrez
20                                     Date:   October 19, 2015
                                       Time:   1:30 P.M.
21                                     Ctrm:  880

22

23

24

25

26

27

28

I, Eric C. Tung, hereby declare as follows:

1.    I am counsel for Defendant Google Inc. ("Google") and make this Declaration in support of Google's Request for Judicial Notice and Google's Motion to Dismiss Pursuant to Rule 12(b)(1) or 12(b)(6).

2.    Attached as **Exhibit 1** is a true and correct copy of the Order Imposing Sanctions by Judge Otis D. Wright, *Havensight Capital LLC v. Nike Inc.*, No. 14-cv-07153 (C.D. Cal. Mar. 31, 2015) (Docket No. 110).

3.    Attached as **Exhibit 2** is a true and correct copy of the Order Declaring Havensight Capital LLC to be a Vexatious Litigant by Judge Manuel L. Real, *Havensight Capital LLC v. Nike Inc.*, No. 14-cv-07153 (C.D. Cal. Apr. 22, 2015) (Docket No. 118).

4.    Attached as **Exhibit 3** is a true and correct copy of the Order Granting Defendant's Motion for Sanctions by Judge Manuel L. Real, *Havensight Capital LLC v. Nike Inc.*, No. 14-cv-08985 (C.D. Cal. Feb. 28, 2015) (Docket No. 123).

5.    Attached as **Exhibit 4** is a true and correct copy of the Order Declaring Havensight Capital LLC to be a Vexatious Litigant by Judge Manuel L. Real, *Havensight Capital LLC v. Nike Inc.*, No. 14-cv-08985 (C.D. Cal. Apr. 22, 2015) (Docket No. 148).

6.    Attached as **Exhibit 5** is a true and correct copy of the Complaint, *Havensight Capital LLC v. Nike Inc.*, No. 14-cv-07153 (C.D. Cal. Sept. 12, 2014) (Docket No. 1).

7.    Attached as **Exhibit 6** is a true and correct copy of the Complaint, *Havensight Capital LLC v. Nike Inc.*, No. 14-cv-08985 (C.D. Cal. Nov. 20, 2014) (Docket No. 1).

8.    Attached as **Exhibit 7** is a true and correct copy of the First Amended Complaint, *Havensight Capital LLC v. Nike Inc.*, No. 14-cv-08985 (C.D. Cal. Nov. 25, 2014) (Docket No. 7).

TUNG DECLARATION ISO GOOGLE'S REQUEST FOR JUDICIAL NOTICE AND MOTION TO DISMISS

9.      Attached as **Exhibit 8** is a true and correct copy of the Complaint, *Havensight Capital LLC v. The People's Republic of China*, No. 15-cv-01206 (C.D. Cal. Feb. 19, 2015) (Docket No. 1).

10.      Attached as **Exhibit 9** is a true and correct copy of a Public Records report on Benjamin J. Woodhouse compiled by Accurint, a Lexis Nexis service, dated August 10, 2015.

11.      Attached as **Exhibit 10** is a true and correct copy of the Public Records of the California Bureau of Real Estate, dated August 10, 2015, on Benjamin J. Woodhouse.

12.      Attached as **Exhibit 11** is a true and correct copy of the Public Records of the Northern Santa Barbara Bar Association, dated August 10, 2015, on Benjamin J. Woodhouse.

13.      Attached as **Exhibit 12** is a true and correct copy of the Public Records of the State Bar of California, dated August 10, 2015 on Benjamin J. Woodhouse.

14.      Attached as **Exhibit 13** is a true and correct copy of the Complaint, *Havensight Capital LLC v. Facebook, Inc.*, No. 15-cv-03758 (C.D. Cal. May 19, 2015) (Docket No. 2).

15.      Attached as **Exhibit 14** is a true and correct copy of the Order Dismissing Action Without Prejudice by Judge Fernando M. Olguin, *Havensight Capital LLC v. Facebook, Inc.*, No. 15-cv-03758 (C.D. Cal. June 29, 2015) (Docket No. 44).

16.      Attached as **Exhibit 15** is a true and correct copy of the Judgment, *Havensight Capital LLC v. Facebook, Inc.*, No. 15-cv-03758 (C.D. Cal. June 29, 2015) (Docket No. 45).

17.      Attached as **Exhibit 16** is a true and correct copy of the Order to Show Cause Re: Dismissal for Lack of Jurisdiction by Judge Fernando M. Olguin, *Havensight Capital LLC v. Facebook, Inc.*, No. 15-cv-03758 (C.D. Cal. June 5, 2015) (Docket No. 11).

18.     Attached as **Exhibit 17** is a true and correct copy of Plaintiff's Show Cause for Proper Subject Matter Jurisdiction under Diversity Jurisdiction, *Havensight Capital LLC v. Facebook, Inc.*, No. 15-cv-03758 (C.D. Cal. June 5, 2015) (Docket No. 13).

19.     Attached as **Exhibit 18** is a true and correct copy of the Second Order to Show Cause Re: Dismissal for Lack of Jurisdiction by Judge Fernando M. Olguin, *Havensight Capital LLC v. Facebook, Inc.*, No. 15-cv-03758 (C.D. Cal. June 16, 2015) (Docket No. 35).

20.     Attached as **Exhibit 19** is a true and correct copy of the Order Denying Ex Parte Application to Disqualify District Judge Fernando Olguin by Judge Beverly Reid O'Connell, *Havensight Capital LLC v. Facebook, Inc.*, No. 15-cv-03758 (C.D. Cal. July 9, 2015) (Docket No. 57).

21.     Attached as **Exhibit 20** is a true and correct copy of the Minute Order in Chambers by Judge Fernando Olguin, *Havensight Capital LLC v. Facebook, Inc.*, No. 15-cv-03758 (C.D. Cal. July 21, 2015) (Docket No. 58).

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 10th day of August, 2015 at Los Angeles, California.

*/s/ Eric C. Tung*
Eric C. Tung

TUNG DECLARATION ISO GOOGLE'S REQUEST FOR JUDICIAL NOTICE AND MOTION TO DISMISS